David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | **Case No. 06-5736 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Mattie Berryhill, ) ) )<br><br>                        Plaintiffs, ) )<br><br>                vs. ) )<br><br>Pfizer Inc., et al. ) )<br>                        Defendants. ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Mattie Berryhill, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with

each side bearing its own attorneys' fees and costs.

DATED:  Jan. 12, 2010          MATTHEWS & ASSOCIATES

By: _____
          David P. Matthews
          *Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

DATED:  Jan. 12, 2010        DLA PIPER LLP (US)

2

3                                    By: _____

                                         Michelle W. Sadowsky
                                         *Attorneys for Defendants*

4

5

6

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
7   **IT IS SO ORDERED.**

8

9   Dated: FEB 1 7 2010

10                                   Hon. Charles R. Breyer
                                     United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**